SO ORDERED.

SIGNED this 12th day of December, 2013.




UNITED STATES BANKRUPTCY JUDGE

---

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re:<br>Tina Wanda Hunter | Case No. 08-51283 |

)
)
)
)
)
**Debtor**  )

## Order Vacating Discharge Order

   IT APPEARING THAT on November 22, 2013 a Order of Discharge was entered without a date in the above name proceeding.

   IT FURTHER APPEARING THAT on November 22 2013 this Order of Discharge is an administrative error by the Clerk's Office and that said Order should be vacated.

END OF DOCUMENT